# UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/28/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Mary E Peters
aka Mary E Slamas
1335 Morgan Highway
Clarks Summit, Pa 18411

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 5:04−bk−53262−JJT | xxx−xx−9972 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Mary E Peters | Mark J. Conway (Trustee) |
| 1335 Morgan Highway | 502 South Blakely Street |
| Clarks Summit, Pa 18411 | Dunmore, PA 18512 |
| Telephone number: | Telephone number: 570 343−5350 |

### Meeting of Creditors:
Effective February 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.

Date: 08/06/2004    Time: 12:30 PM
Location: Wm J Nealon US Courthouse, Fed Bldg/Room 103, Washington & Linden Streets, Scranton, PA

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: October 5, 2004**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court | Clerk of the Bankruptcy Court: |
| 274 Max Rosenn U.S. Courthouse | Arlene Byers |
| 197 South Main Street | |
| Wilkes−Barre, PA 18701 | |
| Telephone number: 570−826−6450 | |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 7/9/04 |

**EXPLANATIONS** FORM B9A (12/03)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| DoNot file Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts: | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the **"Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts"** listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property: | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the **"Deadline to Object to Exemptions"** listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

**RAPID DATA ACCESS:** We encourage you to register with our Public Access to Court Electronic Records System ("PACER") by calling 1−800−676−6856.

**IMPORTANT NOTICE:** For security reasons, photo identification may be required to attend this meeting.

**COPY REQUESTS:** To obtain copies of documents, send a written request to the Clerk's Office as listed on this notice.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0314-5           User: PHartman            Page 1 of 1                Date Rcvd: Jul 09, 2004
Case: 04-53262                 Form ID: B9A              Total Served: 9

The following entities were served by first class mail on Jul 11, 2004.
db         +Mary E Peters,   1335 Morgan Highway,   Clarks Summit, Pa 18411-9503
tr         +Mark J. Conway (Trustee),   502 South Blakely Street,   Dunmore, PA 18512-2237
1968247     Citibank,   P.O. Box 8117,   S. Hackensack, NJ   07606-8117
1968252     Fidelity Deposit & Discount Bank,   Blakely & Drinker Streets,   Dunmore, PA  18512
1968250     GM Card,   P.O. Box 88000,   Baltimore, MD   21288-3000
1968249     PNC Bank,   P.O. Box 15137,   Wilmington, DE   19886-5137

The following entities were served by electronic transmission on Jul 09, 2004 and receipt of the transmission
was confirmed on:
1968246     EDI: AMEREXPR.COM Jul 09 2004 21:08:00     American Express,   P.O. Box 360002,
             Ft. Lauderdale, FL 33336-0002
1968245    +EDI: CAPITALONE.COM Jul 09 2004 21:08:00    Capital One Bank,   P.O. Box 85147,
             Richmond, VA 23276-0001
1968247     EDI: CITICORP.COM Jul 09 2004 21:08:00    Citibank,   P.O. Box 8117,
             S. Hackensack, NJ   07606-8117
1968251     EDI: FUNB.COM Jul 09 2004 21:08:00    Wachovia Bank,   P.O. Box 96074,   Charlotte, NC  28296-0074
                                                                                                 TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1968248*    Citibank,   P.O. Box 8117,   S. Hackensack, NJ   07606-8117
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2004**                          **Signature:** *Joseph Speetjens*