Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. **5:04−bk−53262−JJT**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Mary E Peters
   aka Mary E Slamas
   1335 Morgan Highway
   Clarks Summit, Pa 18411

Social Security No.:
   xxx−xx−9972

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                            BY THE COURT

Dated: 10/11/04

                            United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0314-5          User: admin              Page 1 of 1             Date Rcvd: Oct 11, 2004
Case: 04-53262                Form ID: B18             Total Served: 10
```

```
The following entities were served by first class mail on Oct 14, 2004.
db         +Mary E Peters,   1335 Morgan Highway,   Clarks Summit, Pa 18411-9503
tr         +Mark J. Conway (Trustee),   502 South Blakely Street,   Dunmore, PA 18512-2237
1968247     Citibank,   P.O. Box 8117,   S. Hackensack, NJ  07606-8117
1968252     Fidelity Deposit & Discount Bank,   Blakely & Drinker Streets,   Dunmore, PA  18512
1968250     GM Card,   P.O. Box 88000,   Baltimore, MD  21288-3000
1968249     PNC Bank,   P.O. Box 15137,   Wilmington, DE  19886-5137
1986604     Volvo Car Finance North America,   PO Box 371395,   Pittsburgh, PA 15250-7395

The following entities were served by electronic transmission on Oct 11, 2004 and receipt of the transmission
was confirmed on:
1968246     EDI: AMEREXPR.COM Oct 11 2004 20:07:00      American Express,   P.O. Box 360002,
             Ft. Lauderdale, FL 33336-0002
1968245    +EDI: CAPITALONE.COM Oct 11 2004 20:08:00    Capital One Bank,   P.O. Box 85147,
             Richmond, VA 23276-0001
1968247     EDI: CITICORP.COM Oct 11 2004 20:08:00      Citibank,   P.O. Box 8117,
             S. Hackensack, NJ  07606-8117
1968251     EDI: FUNB.COM Oct 11 2004 20:08:00          Wachovia Bank,   P.O. Box 96074,   Charlotte, NC  28296-0074
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1968248*    Citibank,   P.O. Box 8117,   S. Hackensack, NJ  07606-8117
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2004**                          **Signature:** _Joseph Speetjens_