FNLDEC

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Case No. 5:04–bk–53262–JJT

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Mary E Peters aka Mary E Slamas
   1335 Morgan Highway
   Clarks Summit, Pa 18411

Social Security No.:
   xxx–xx–9972

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

                **Mark J. Conway (Trustee)**

is discharged as trustee of the above named debtor(s) and the chapter 7 case of the above named debtor(s) is closed.

Dated: 11/19/04                                                             BY THE COURT

                                                             United States Bankruptcy Judge

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0314-5          User: RYakobiti         Page 1 of 1              Date Rcvd: Nov 19, 2004
Case: 04-53262                Form ID: fnldec         Total Served: 2
```

The following entities were served by first class mail on Nov 21, 2004.
db        +Mary E Peters,   1335 Morgan Highway,   Clarks Summit, Pa 18411-9503
tr        +Mark J. Conway (Trustee),   502 South Blakely Street,   Dunmore, PA 18512-2237

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2004**                          **Signature:**    _Joseph Speetjens_